F. K. WATKINS v. MAUDE S. JONES, P. FORREST JONES and WINGATE R. JONES.

(Filed 15 January, 1954.)

APPEAL by plaintiff from *Hatch, Special Judge,* April Term, 1953, of DURHAM.

Civil action to recover commissions alleged to be due the plaintiff pursuant to the terms of an oral agreement for the sale of certain real estate owned by the defendants and situate on the west side of Orange Street in the City of Durham.

The plaintiff alleged in his complaint that the property was listed with him for sale in November, 1950, and that he made the contacts which eventually resulted in its sale.

The defendants denied in their answer that they had any contract with the plaintiff with respect to the sale of their Orange Street property, and alleged that they sold the property themselves without the intervention or assistance of the plaintiff.

The evidence was in sharp conflict on the question as to whether the plaintiff and the defendants had entered into a contract for the sale of property.

The issue which was determinative of this question was answered by the jury in favor of the defendants, that is, that the defendants had not entered into a contract with the plaintiff for the sale of their property as alleged in the complaint. Judgment was entered accordingly and the plaintiff appeals, assigning error.

*J. Grover Lee for appellant.*
*Victor S. Bryant and Victor S. Bryant, Jr., for appellees.*

PER CURIAM. Due and careful consideration has been given to each assignment of error presented by the appellant on this appeal, and we find no error in the trial below of sufficient merit to warrant a disturbance of the verdict rendered by the jury. Hence, we find